■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER WEAKFALL, Appellant. [54 NYS3d 910]—Appeal from a judgment of the Monroe County Court (Vincent M. Dinolfo, J.), rendered August 7, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal mischief in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal mischief in the second degree (Penal Law § 145.10). Defendant forfeited his challenge to the legal sufficiency of the evidence by pleading guilty (*see People v Feidner*, 109 AD3d 1086, 1086 [2013]). Indeed, "it would be logically inconsistent to permit a defendant to enter a plea of guilty based on particular admitted facts, yet to allow that defendant contemporaneously to reserve the right to challenge on appeal the sufficiency of those facts to support a conviction, had there been a trial" (*People v Plunkett*, 19 NY3d 400, 405-406 [2012]). Furthermore, the sentence is not unduly harsh or severe. Present—Peradotto, J.P., Carni, Lindley, Curran and Troutman, JJ.